THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOYCE HABERSHAW, Appellant.

Argued October 19, 1954; decided December 2, 1954.

*Charles T. Murphy* for appellant.

*Samuel Faile, District Attorney* (*John J. O'Brien* of counsel), for respondent.

Order and judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.